[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PartsRiver, Inc.,<br>    *Plaintiff*,<br><br>    vs.<br><br>Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation,<br>    *Defendants*. | No. 4:09-cv-00811-CW (filed Feb. 25, 2009)<br><br>**JOINT STIPULATION AND ORDER RELATING CASES**<br><br>**[Civil L.R. 3-12 and 7-12]** |
| eBay Inc. and Microsoft Corporation,<br>    *Plaintiffs*,<br><br>    vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br>    *Defendants*. | No. 4:10-cv-4947-CW (filed Nov. 2, 2010) |
| eBay Inc.,<br>    *Plaintiff*,<br><br>    vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br>    *Defendants*. | No. 4:10-cv-5106-CW (filed Nov. 10, 2010) |
| Microsoft Corporation,<br>    *Plaintiff*,<br><br>    vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br>    *Defendants*. | No. 4:10-cv-5108-CW (filed Nov. 10, 2010) |
| Shopzilla, Inc.,<br>    *Plaintiff*,<br><br>    vs.<br><br>Kelora Systems, LLC,<br>    *Defendant*. | Proposed related case:<br>No. 4:11-cv-00502-LB (filed Feb. 2, 2011) |

# JOINT STIPULATION

Pursuant to Civil Local Rule 3-12(b) and Civil Local Rule 7-12, PartsRiver, Inc.; Kelora Systems, LLC; Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation file this stipulation and proposed order asking the Court to consider whether the following actions are related:

1. **This action:** *PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 4:09-cv-00811-CW (filed Feb. 25, 2009).

2. **Actions previously related per this Court's January 10, 2011, order (Dkt. No. 267):** *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010); *eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010); *Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010).

3. **New:** *Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4:11-cv-00502-LB (filed Feb. 2, 2011).

All of the above-referenced actions concern United States Patent No. 6,275,821 ("'821 Patent"). The new action filed on February 2, 2011, concerns Shopzilla, Inc., a party to the original action filed February 25, 2009, and Kelora Systems, LLC, a party to the actions previously related pursuant to this Court's January 10, 2011, order (Dkt. No. 267). eBay, Inc., and Microsoft Corporation are declaratory relief plaintiffs in the previously related actions, and are co-defendants with Shopzilla in this action.

All current parties therefore agree that the actions listed above are "related" as defined by Civil Local Rule 3-12(a), and that the new action filed February 2, 2011, should be reassigned to the judge presiding over the first-filed action: Judge Wilken in the Oakland Division.

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3

Dated: February 14, 2011                           By:  /s/ *Robert D. Becker*

4

Robert D. Becker (Bar No. 160648)
  <rbecker@manatt.com>
Ronald S. Katz (Bar No. 85713)
  <rkatz@manatt.com>
Shawn G. Hansen (Bar No. 197033)
  <shansen@manatt.com>
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:   (650) 812-1300
Facsimile:     (650) 213-0260

*Counsel for PartsRiver, Inc. and Kelora Systems, LLC*

| | | |
|---|---|---|
| Dated: February 14, 2011 | By: | /s/ *Marc R. Ascolese* |

          David T. Pritikin (*pro hac vice*)
            <dpritikin@sidley.com>
          Richard A. Cederoth (*pro hac vice*)
            <rcederoth@sidley.com>
          SIDLEY AUSTIN LLP
          One S. Dearborn Street
          Chicago, Illinois  60603
          Telephone: (312) 853-7000
          Facsimile: (312) 853-7036

          Theodore W. Chandler (Bar No. 219456)
            <tchandler@sidley.com>
          SIDLEY AUSTIN LLP
          555 West Fifth Street, Suite 4000
          Los Angeles, California  90013
          Telephone: (213) 896-6000
          Facsimile: (213) 896-6600

          Marc R. Ascolese (Bar No. 251397)
            <mascolese@sidley.com>
          SIDLEY AUSTIN LLP
          555 California Street, Suite 2000
          San Francisco, California  94104
          Telephone: (415) 772-1200
          Facsimile: (415) 772-7400

          <SF-PartsRiver-MS-eBay@sidley.com>

          David E. Killough (Bar No. 110719)
            <davkill@microsoft.com>
          MICROSOFT CORPORATION
          One Microsoft Way, 8/2076
          Redmond, Washington  98052
          Telephone: (425) 703-8865
          Facsimile: (425) 869-1327

          *Counsel for Microsoft Corporation*

Dated: February 14, 2011 By: /s/ *Marc R. Ascolese*

        David T. Pritikin (*pro hac vice*)
           <dpritikin@sidley.com>
        Richard A. Cederoth (*pro hac vice*)
           <rcederoth@sidley.com>
        SIDLEY AUSTIN LLP
        One S. Dearborn Street
        Chicago, Illinois  60603
        Telephone:   (312) 853-7000
        Facsimile:    (312) 853-7036

        Theodore W. Chandler (Bar No. 219456)
           <tchandler@sidley.com>
        SIDLEY AUSTIN LLP
        555 West Fifth Street, Suite 4000
        Los Angeles, California  90013
        Telephone:   (213) 896-6000
        Facsimile:    (213) 896-6600

        Marc R. Ascolese (Bar No. 251397)
           <mascolese@sidley.com>
        SIDLEY AUSTIN LLP
        555 California Street, Suite 2000
        San Francisco, California  94104
        Telephone:   (415) 772-1200
        Facsimile:    (415) 772-7400

        <SF-PartsRiver-MS-eBay@sidley.com>

        *Counsel for eBay Inc.*

1
2 | Dated: February 14, 2011 | By: /s/ *Dan D. Davison*
3
4 | | Dan D. Davison (*pro hac vice*)
  &lt;ddavison@fulbright.com&gt;
  FULBRIGHT & JAWORSKI L.L.P.
  2200 Ross Avenue, Suite 2800
  Dallas, Texas  75201
  Telephone:    (214) 855-8000
  Facsimile:    (214) 855-8200

  Richard S. Zembek (*pro hac vice*)
  &lt;rzembek@fulbright.com&gt;
  Daniel S. Leventhal (*pro hac vice*)
  &lt;dleventhal@fulbright.com&gt;
  FULBRIGHT & JAWORSKI L.L.P.
  1301 McKinney, Suite 5100
  Houston, Texas  77010
  Telephone:    (713) 651-5151
  Facsimile:    (713) 651-5246

  John A. O'Malley, (Bar No. 101181)
  &lt;jomalley@fulbright.com&gt;
  FULBRIGHT & JAWORSKI L.L.P.
  555 S. Flower Street, 41st Floor
  Los Angeles, California  90071
  Telephone:    (213) 892-9200
  Facsimile:    (213) 892-9494

  &lt;Yahoo@fulbright.com&gt;

  *Counsel for Yahoo! Inc.*

Dated: February 14, 2011                    By:  /s/ *Jordan Trent Jones*

                                                  Jordan Trent Jones (Bar No. 166600)
                                                  <jtjones@jordanjonesiplaw.com>
                                                  Law Offices of Jordan Trent Jones
                                                  100 Spear Street, 18th Floor
                                                  San Francisco, CA 94105
                                                  Telephone:     (415) 357-8940
                                                  Facsimile:       (415) 371-0500

                                                  James G. Gilliland Jr. (Bar No. 107988)
                                                    <jgilliland@kilpatricktownsend.com>
                                                  KILPATRICK TOWNSEND & STOCKTON LLP
                                                  Two Embarcadero Center, Eighth Floor
                                                  San Francisco, California  94111
                                                  Telephone:     (415) 576-0200
                                                  Facsimile:       (415) 576-0300

                                                  Eric M. Hutchins (Bar No. 245462)
                                                    <ehutchins@kilpatricktownsend.com>
                                                  Hogene L. Choi (Bar No. 256617)
                                                    <hchoi@kilpatricktownsend.com>
                                                  379 Lytton Avenue
                                                  Palo Alto, CA 94301
                                                  Telephone:     (650) 326-2400
                                                  Facsimile:       (650) 326-2422

                                                 *Counsel for Shopzilla, Inc.*

1 **SIGNATURE ATTESTATION**

2 Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this
3 document has been obtained from each of the other signatories shown above.

4

5

6 /s/ *Eric M. Hutchins*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER RELATING CASES

As the judge assigned to the earliest filed case below that bears my initials, I find that the recently filed case that I have initialed below is related under Civil Local Rule 3-12 to the cases below already assigned to me, and this recently filed case shall be reassigned to me.

Original and previously related cases: *PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 4:09-cv-00811-CW (filed Feb. 25, 2009); *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010); *eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010); *Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010).

*Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4:11-cv-00502-LB (filed Feb. 2, 2011).

I find that the above case is related to the cases assigned to me. **CW**

SO ORDERED.

Dated: 2/15/2011

_____
CLAUDIA WILKEN
United States District Judge

63137500 v1