MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail:  rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail:  rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail:  shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

*Attorneys for Defendant*
KELORA SYSTEMS, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SHOPZILLA, INC., <br><br>          Plaintiff, <br><br>     vs. <br><br> KELORA SYSTEMS, LLC, <br><br>          Defendant. | Case No. 4:11-cv-0502-CW <br><br> **KELORA SYSTEMS, LLC'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Kelora Systems, LLC ("Kelora") hereby files this disclosure statement and certifies that:

(1) There is no parent corporation for Kelora; and

(2) There is no publicly held corporation owning 10% or more of the stock of Kelora.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

KELORA SYSTEMS, LLC'S
CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES

**CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

PartsRiver, Inc., Member of Kelora Systems, LLC;

Mohamed Sherif Danish, Member of Kelora Systems, LLC;

Robert Dailey, Member of Kelora Systems, LLC;

Kris Kimbrough, Member of Kelora Systems, LLC; and

Susan St. Ledger, Member of Kelora Systems, LLC.

Dated: March 11, 2011  Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Robert D. Becker*
       Robert D. Becker

*Attorneys for Defendant*
KELORA SYSTEMS, LLC

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

KELORA SYSTEMS, LLC'S
CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing KELORA SYSTEMS, LLC'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS.

By: */s/ Robert D. Becker*
Robert D. Becker

300226112.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

3

KELORA SYSTEMS, LLC'S
CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES