MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail:  rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail:  rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail:  shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Defendant
KELORA SYSTEMS, LLC


LAW OFFICES OF JORDAN TRENT JONES
Jordan Trent Jones (Bar No. 166600)
E-mail: jtjones@jordanjonesiplaw.com
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone:  (415) 357-8940
Facsimile:  (415) 371-0500

KILPATRICK TOWNSEND & STOCKTON LLP
James G. Gilliland Jr. (Bar No. 107988)
E-mail: jgilliland@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300

Eric M. Hutchins (Bar No. 245462)
E-mail: ehutchins@kilpatricktownsend.com
Hogene L. Choi (Bar No. 256617)
E-mail: hchoi@kilpatricktownsend.com
379 Lytton Avenue
Palo Alto, CA 94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422

Attorneys for Plaintiff
SHOPZILLA, INC.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT MOTION RE DISMISSAL OF ENTIRE
CASE WITH PREJUDICE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SHOPZILLA, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KELORA SYSTEMS, LLC,<br>　　　　　Defendant. | Case No. 4:11-CV-0502-CW<br><br>**JOINT MOTION OF SHOPZILLA, INC. AND KELORA SYSTEMS, LLC FOR DISMISSAL WITH PREJUDICE** |

Shopzilla, Inc. ("Shopzilla") initiated this declaratory judgment action by way of a Complaint dated February 2, 2011. On February 15, 2011, this Court ordered this case related to previously filed cases *PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation,* No. 4:09-cv-00811-CW (filed Feb. 25, 2009); *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010); *eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010); and *Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010). On March 31, 2011 Shopzilla jointly filed a motion for summary judgment with eBay and Microsoft in this case and in related case Nos. 4:10-cv-4947-CW, 4:10-cv-5106-CW and 4:10-cv-5108-CW.

Shopzilla hereby withdraws all pending motions it has made in this and all related cases before this Court, including without limitation Shopzilla's aforementioned Motion for Summary Judgment of Invalidity and/or No Liability Before Nov. 2, 2010 (Docket No. 25 in this case).

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), Shopzilla and Kelora Systems, LLC hereby jointly move the Court to dismiss with prejudice all claims and counterclaims between them in this case, with each party to bear its own attorneys' fees and costs.

Dated: April 29, 2011

By: /s/ *Robert D. Becker*
Robert D. Becker (Bar No. 160648)
  <rbecker@manatt.com>
Ronald S. Katz (Bar No. 85713)
  <rkatz@manatt.com>
Shawn G. Hansen (Bar No. 197033)
  <shansen@manatt.com>

MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:    (650) 812-1300
Facsimile:    (650) 213-0260

*Attorneys for Defendant*
Kelora Systems, LLC

Dated: April 29, 2011

By: /s/ *Jordan Trent Jones*
Jordan Trent Jones (Bar No. 166600)
<jtjones@jordanjonesiplaw.com>
Law Offices of Jordan Trent Jones
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 357-8940
Facsimile: (415) 371-0500

James G. Gilliland Jr. (Bar No. 107988)
<jgilliland@kilpatricktownsend.com>
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Eric M. Hutchins (Bar No. 245462)
<ehutchins@kilpatricktownsend.com>
Hogene L. Choi (Bar No. 256617)
<hchoi@kilpatricktownsend.com>
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

*Attorneys for Plaintiff,*
Shopzilla, Inc.

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/*Robert D. Becker*

## ORDER DISMISSING CASE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and as stipulated to by the parties through their counsel, *Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4:11-cv-00502-CW (filed Feb. 2, 2011) is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated: __5/5/2011_____                    _____
                                                           CLAUDIA WILKEN
                                                           United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 29, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to L.R. 5-4 and General Order 45, with a copy of the foregoing JOINT STIPULATION RE DISMISSAL OF ENTIRE CASE WITH PREJUDICE.

By: */s/ Robert D. Becker*
Robert D. Becker

300247954.2